IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:19-CR-00009-FL-4

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | ORDER TO SEAL |
| SHAVON LEONTA TRIPP, Defendant. | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum (CM/ECF #203) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the 10th day of December, 2019.

LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE